DILAN A. ESPER (Bar No. 178293)
desper@harderllp.com
HARDER LLP
132 S. Rodeo Dr., Fourth Floor
Beverly Hills, CA  90212
Tel.  (424) 203-1600
Fax  (424) 203-1601

Attorneys for Applicant Eurasian Natural Resources Corporation Ltd.

FILED
2018 FEB 26 P 1:56
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re Application of | No. CV 18 80041 MISC. |
|---|---|
| EURASIAN NATURAL RESOURCES CORPORATION LTD., | **CERTIFICATE OF INTERESTED PARTIES** |
| Applicant. | |

CERTIFICATE OF INTERESTED PARTIES

{00088922} {00088729;9}

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:   Eurasian Resources Group S.a.r.l.

Respectfully submitted,

DATED: February 23, 2018

DILAN A. ESPER
HARDER LLP

By _____
Attorneys for Applicant

CERTIFICATE OF INTERESTED PARTIES

{00088922} {00088729:9}