Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. Your Name:* Marcie Moreno | | 8. Your Phone Number: (424) 203-1600 | |
| 2. Your Email Address: * mmoreno@harderllp.com | | 9. Full Case Number (if applicable): CV 18 80041 | |
| 3. Pay.gov Tracking ID Number:* 2680JOP2 | | 10. Fee Type:* | ☐ Attorney Admission |
| 4. Agency Tracking ID Number:* 0971- 12137267 | | | ☑ Civil Case Filing |
| | | | ☐ FTR Audio Recording |
| 5. Transaction Date:* 02/23/2018 | | | ☐ Notice of Appeal |
| | | | ☐ Pro Hac Vice |
| 6. Transaction Time:* 10:48 am | | | ☐ Writ of Habeas Corpus |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | | | |

**11. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

This is a Misc. case which was filed by mistake on the ecf system. It has since been properly filed in person, receipt number: 34611131537. The application fee was paid twice and we are requesting a refund for the improperly filed application.

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:  ☐ Approved<br>☐ Denied<br>☐ Denied – Resubmit amended application (see reason for denial) | |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |