BENJAMIN E. ROSENBERG (pro hac pending)
benjamin.rosenberg@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone:   212.698.3622
Facsimile:   212.698.3599

H. JOSEPH ESCHER III (NO. 85551)
h.joseph.escher@dechert.com
DECHERT LLP
One Bush Street
Suite 1600
San Francisco, California  94104
Telephone:   +1  415  262  4500
Facsimile:    +1  415  262  4555

Attorneys for Dechert LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE APPLICATION OF EURASIAN NATURAL RESOURCES CORPORATION LTD., <br><br> Applicant. | Case No.  3:18-mc-80041-LB <br><br> **NOTICE OF APPEARANCE** <br><br><br> Application Filed: February 23, 2018 <br> Trial Date: None Set |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF

RECORD: PLEASE TAKE NOTICE that Dechert LLP will be moving to participate in discovery

in the above-captioned matter and that the mailing address for the firm is:

> H. JOSEPH ESCHER III
> DECHERT LLP
> One Bush Street, Suite 1600
> San Francisco, California 94111
> Telephone:           415.262.4500
> Facsimile:            415.262.4555

All documents to be served upon the counsel any party in the case shall be served upon

1 | Dechert, LLP.

2 | Dated:        March 12, 2018                     Respectfully submitted,
                                                     H. JOSEPH ESCHER III
3
                                                     DECHERT LLP
4

6                                                    /s/ H. Joseph Escher III
                                                     H. JOSEPH ESCHER III
7                                                    *Attorney for Dechert LLP*