1   BENJAMIN ROSENBERG (pro hac pending)
    benjamin.rosenberg@dechert.com
2   DECHERT LLP
    1095 Avenue of the Americas
3   New York, NY 10036
    Telephone:    212.698.3622
4   Facsimile:    212.698.3599

5   H. JOSEPH ESCHER III (No. 85551)
    h.joseph.escher@dechert.com
6   DECHERT LLP
    One Bush Street, Suite 1600
7   San Francisco, California  94104
    Telephone:    415.262.4500
8   Facsimile:    415.262.4555

9   Attorneys for Dechert LLP.

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14  IN RE APPLICATION OF EURASIAN          Case No. 3:18-mc-80041-LB
    NATURAL RESOURCES CORPORATION
15  LTD.,                                  **[PROPOSED] ORDER GRANTING
                                           DECHERT LLP'S MOTION TO
16              Applicant.                 PARTICIPATE IN DISCOVERY
                                           PROVIDED PURSUANT TO 28 U.S.C. §
17                                         1782**

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This matter having come before the Court by way of the Motion of Dechert LLP for the entry of an Order granting Dechert LLP's Motion to Participate in Discovery pursuant to 28 U.S.C. § 1782; and the Court having considered the submissions of the parties and any argument of counsel, and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion of Dechert LLP to Participate in Discovery Provided Pursuant to 28 U.S.C. § 1782 in the above-captioned proceeding is GRANTED.

**IT IS HEREBY ORDERED** that any and all documents and other discovery materials produced in these proceedings shall also be produced to Dechert LLP (if possible at the same time and in the same fashion as they are produced to Petitioner Eurasian Natural Resources Corporation Ltd.).

**IT IS HEREBY ORDERED** that Dechert LLP shall be entitled to participate in any and all depositions taken in these proceedings, and entitled to depose Danny Forston.

**IT IS HEREBY ORDERED** that Dechert LLP shall be served with all notices, pleadings, submissions, correspondence, and other materials submitted or exchanged in these proceedings.

**IT IS SO ORDERED**.

Dated: _____, 2018

_____
Magistrate Judge Laurel Beeler

DECHERT LLP
ATTORNEYS AT LAW

1

PROPOSED ORDER                                      Case No. 3:18-mc-80041-LB