BENJAMIN ROSENBERG (pro hac to be filed)
benjamin.rosenberg@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone:    212.698.3622
Facsimile:    212.698.3599

H. JOSEPH ESCHER III (No. 85551)
h.joseph.escher@dechert.com
DECHERT LLP
One Bush Street, Suite 1600
San Francisco, California  94104
Telephone:    415.262.4500
Facsimile:    415.262.4555

Attorneys for Dechert LLP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE APPLICATION OF EURASIAN NATURAL RESOURCES CORPORATION LTD.,<br><br>          Applicant. | Case No. 3:18-mc-80041-LB<br><br>**DECHERT LLP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that, to Dechert LLP's knowledge, no persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding, other than Dechert LLP.

Dated: March 12, 2018          DECHERT LLP

*/s/ H. Joseph Escher III*
H. JOSEPH ESCHER III
Attorneys for Dechert LLP

16481065.1.LITIGATION