DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE (CA State Bar No. 141930)
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        thomasburke@dwt.com

DAVIS WRIGHT TREMAINE LLP
DAN LAIDMAN (CA State Bar No. 274482)
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone:    (213) 633-6800
Email:        danlaidman@dwt.com

Attorneys for Non-Party Journalist
DANNY FORTSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br><br>EURASIAN NATURAL RESOURCES CORP., LTD.,<br><br>Applicant. | Case No. 3:18-MC-80041-LB<br><br>**NOTICE OF APPEARANCE OF THOMAS R. BURKE AS COUNSEL FOR NON-PARTY JOURNALIST DANNY FORTSON**<br><br>Application Filed: February 23, 2018<br>Trial Date: None Set |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Thomas R. Burke of Davis Wright Tremaine LLP hereby appears in the above-entitled action as lead counsel for Non-Party Journalist Danny Fortson, and requests to be served with all further documents to be served upon counsel in this matter.

DATED: May 21, 2018

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
DAN LAIDMAN

By: */s/Thomas R. Burke*
Thomas R. Burke
Attorneys for Non-Party Journalist
DANNY FORTSON

**NOTICE OF APPEARANCE**
**CASE NO. 3:18-MC-80041-LB**
4843-3592-4838v.1 0045750-000006