DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE (CA State Bar No. 141930)
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

DAVIS WRIGHT TREMAINE LLP
DAN LAIDMAN (CA State Bar No. 274482)
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800
Email: danlaidman@dwt.com

Attorneys for Non-Party Journalist
DANNY FORTSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re Application of | Case No. 3:18-MC-80041-LB |
|---|---|
| EURASIAN NATURAL RESOURCES CORP., LTD., | **NOTICE OF APPEARANCE OF DAN LAIDMAN AS COUNSEL FOR NON-PARTY JOURNALIST DANNY FORTSON** |
| Applicant. | |
| | Application Filed: February 23, 2018<br>Trial Date: None Set |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Dan Laidman of Davis Wright Tremaine LLP hereby appears in the above-entitled action as counsel for Non-Party Journalist Danny Fortson, and requests to be served with all further documents to be served upon counsel in this matter.

DATED: May 21, 2018

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
DAN LAIDMAN

By: */s/ Dan Laidman*
    Dan Laidman
Attorneys for Non-Party Journalist
DANNY FORTSON

**NOTICE OF APPEARANCE**
**CASE NO. 3:18-MC-80041-LB**
4818-3611-9398v.2 0045750-000006