DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE (CA State Bar No. 141930)
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:   thomasburke@dwt.com

DAVIS WRIGHT TREMAINE LLP
DAN LAIDMAN (CA State Bar No. 274482)
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone:   (213) 633-6800
Email:   danlaidman@dwt.com

Attorneys for Non-Party Journalist
DANNY FORTSON

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br><br>EURASIAN NATURAL RESOURCES CORP., LTD.,<br><br>Applicant. | Case No. 18-mc-80041-LB<br>Assigned to the Hon. Laurel Beeler<br><br>**RESPONSE OF NON-PARTY JOURNALIST DANNY FORTSON TO MOTION OF DECHERT LLP TO PARTICIPATE IN DISCOVERY; DECLARATION OF DAN LAIDMAN WITH EXHIBIT A**<br><br>Hearing Date:   June 28, 2018<br>Time:   9:30 a.m.<br>Department:   Courtroom C |

Non-party journalist Danny Fortson respectfully submits this Response to the Motion of Dechert LLP for an order permitting Dechert to appear in this proceeding to participate in discovery. ECF No. 14.

On May 21, 2018, Mr. Fortson served Objections to the Subpoena that he received from Eurasian Natural Resources Corporation Ltd. ("ENRC") on counsel for ENRC and Dechert. *See* Declaration of Dan Laidman, ¶ 2, Exhibit A. Pursuant to this Court's Order of March 30, 2018, the parties are meeting and conferring on Mr. Fortson's Objections, and when that process is complete they will submit a joint letter brief to the Court. ECF No. 9.

1   Mr. Fortson does not oppose Dechert's request to appear in this action for the limited
purpose of participating in the meet-and-confer process and presenting its position on ENRC's
Subpoena and Mr. Fortson's Objections.

However, to the extent that Dechert joins in ENRC's discovery requests, and/or seeks
leave to propound any additional discovery, Mr. Fortson opposes the Motion and objects for the
reasons stated in the attached Objections, which he incorporates by reference in this Response.
*See* Ex. A.  Moreover, to the extent that Dechert's Motion could be construed as a request to take
discovery, it also should be denied because Dechert has not complied with the procedural
requirements of 28 U.S.C. § 1782 or Federal Rule of Civil Procedure 45.

DATED: June 6, 2018

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
DAN LAIDMAN


By: */s/ Thomas R. Burke*
Thomas R. Burke

Attorneys for Non-Party Journalist
DANNY FORTSON

RESPONSE TO MOTION TO PARTICIPATE IN DISCOVERY
4829-1103-7287v.1 0045750-000006