1   BENJAMIN ROSENBERG (*pro hac vice*)
    benjamin.rosenberg@dechert.com
2   DECHERT LLP
    1095 Avenue of the Americas
3   New York, NY 10036
    Telephone:    212.698.3622
4   Facsimile:    212.698.3599

5   H. JOSEPH ESCHER III (No. 85551)
    h.joseph.escher@dechert.com
6   DECHERT LLP
    One Bush Street, Suite 1600
7   San Francisco, California  94104
    Telephone:    415.262.4500
8   Facsimile:    415.262.4555

9   Attorneys for Dechert LLP.

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  IN RE APPLICATION OF EURASIAN              Case No. 18-MC-80041-LB
    NATURAL RESOURCES CORPORATION
15  LTD.,                                      **STIPULATION AND [PROPOSED]**
                                               **ORDER REGARDING**
16              Applicant.                     **ADMINISTRATIVE MOTION TO**
                                               **CONSIDER WHETHER CASES**
17                                             **SHOULD BE RELATED**

18                                             **Civil L.R. 3-12**

19                                             **Civil L.R. 7-11**

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the matter captioned *In re Application of Dechert LLP,* 4:18-mc-80114-DMR, filed June 29, 2018 is related pursuant to Local Rule 3-12 to the matter captioned *In re Application of Eurasian Natural Resources Corporation Ltd.,* 18-mc-80041-LB, filed February 23, 2018. The parties further agree and stipulate, subject to approval of the Court, that *In re Application of Dechert LLP,* 4:18-mc-80114-DMR should be related to this case, *In re Application of Eurasian Natural Resources Corporation Ltd.,* 18-mc-80041-LB and assigned to the Honorable Laurel Beeler.

The parties stipulate that there is not prejudice to any party if the cases are related and assigned to the Honorable Laurel Beeler.

SO STIPULATED.

Date: July 9, 2018

/s/ *H. Joseph Escher III*

_____

H. Joseph Escher III
*Counsel for Dechert LLP*

Date: July 9, 2018

/s/ *Dan Laidman*

_____

Dan Laidman
*Counsel for Danny Fortson*

Date: July 9, 2018

/s/ *Dilan Esper*

_____

Dilan Esper
*Counsel for ENRC*

**<u>ATTESTATION FOR COMPLIANCE WITH LOCAL RULE 5-1(i)(3)</u>**

I, H. Joseph Escher III, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Dilan Esper and Dan Laidman that the content of this document is acceptable to all persons required to sign the document.  I declare that this document was signed in San Francisco, CA on July 9, 2018.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

DECHERT LLP

*/s/ H. Joseph Escher III* _____
H. Joseph Escher III
*Counsel for Dechert LLP*

2

1

**PROPOSED ORDER**

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Administrative

3

Motion to Consider Whether Cases Should Be Related is GRANTED.  The matter captioned *In re*

4

*Application of Dechert LLP,* 4:18-mc-80114-DMR, shall be deemed related to *In re Application*

5

*of Eurasian Natural Resources Corporation Ltd.,* 18-mc-80041-LB and shall be assigned to me.

6

7

8

9

10

11

12

13

14

Dated: _____, 2018

15

16

_____

17

Magistrate Judge Laurel Beeler

18

19

20

21

22

23

24

25

26

27

28